1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorney for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   1:07 cv 300 LJO
                                       )
12              Plaintiff,             )   ORDER REGARDING CLERK'S
                                       )   ISSUANCE OF WARRANT FOR ARREST
13      v.                             )   OF ARTICLES *IN REM*
                                       )
14 2001 VOLKSWAGEN BEETLE, VIN:        )
   3VWCK21C91M47415, CALIFORNIA        )
15 LICENSE PLATE NUMBER: 5SBH743,      )
   and                                 )
16                                     )
   APPROXIMATELY $9,323.36 IN U.S.     )
17 CURRENCY SEIZED FROM BANK OF        )
   AMERICA SAVINGS ACCOUNT             )
18 NUMBER XXXXXX5024,                  )
                                       )
19              Defendants.            )
   _____)
20

21      WHEREAS, a verified complaint of forfeiture has been filed on February 23, 2007, in the

22 United States District Court for the Eastern District of California, alleging that the defendant

23 2001 Volkswagen Beetle, VIN: 3VWCK21C91M47415, California License Plate Number:

24 5SBH743 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and the defendant

25 approximately $9,323.36 in U.S. Currency seized from Bank of America Savings Account

26 Number XXXXXX5024 (hereafter collectively referred to as "defendant assets") is subject to

27 forfeiture pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

28 ///

1   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In
2   Rem* and the affidavit of Drug Enforcement Administration Special Agent David Stahl, there is
3   probable cause to believe that the defendant assets so described above constitute properties that
4   are subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for
5   Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain
6   Admiralty and Maritime Claims;
7   IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
8   District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.
9   Dated: 2/25/2007

DENNIS L. BECK
United States Magistrate Judge