```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M47415, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and<br><br>APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024,<br><br>　　　　　　Defendants.<br>_____ | 1:07-CV-0300-LJO-(NEW) WMW<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

　　　The United States of America, Plaintiff herein, applies for an order of publication as follows:

　　　1.　　Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

　　　2.　　Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspapers for publication;

3. The defendant 2001 Volkswagen Beetle, VIN: 3VWCK21C91M47415, California License Plate Number: 5SBH743 (hereafter "defendant vehicle") was seized in the City of Stockton, in San Joaquin County, California. The defendant approximately $9,323.36 in U.S. Currency seized from Bank of America Savings Account Number XXXXXX5024 (hereafter "defendant funds") was seized in the City of Fresno, in Fresno County, California. The Drug Enforcement Administration ("DEA") published notice of the nonjudicial forfeiture of the defendant vehicle and defendant funds (hereafter collectively referred to as "defendant assets") on November 20, 27, and December 4, 2006 in the <u>Wall Street Journal</u>.

4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. In the following newspapers, legal newspapers of general circulation, located in the counties in which the defendant vehicle and defendant currency were seized: <u>Stockton Record</u> and <u>Fresno Business Journal</u>;

    c. The publications are to include the following:

        (1) The Court, title and number of the action;

        (2) The date of the arrest/seizure;

        (3) The identity and/or description of the property arrested/seized;

        (4) The name, address, and telephone number of the attorney for the Plaintiff;

        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Clerk and served on the attorney for the Plaintiff within 30 days after the date of publication;

        (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

        (7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days

allowed for claims for possession; and

        (8)    The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: 2/23/07　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　/s/ Stephanie Hamilton Borchers
　　　　　　　　　　　　　　　　　　STEPHANIE HAMILTON BORCHERS
　　　　　　　　　　　　　　　　　　Assistant United States Attorney


                IT IS SO ORDERED.

**Dated:   March 1, 2007**　　　/s/  William M. Wunderlich
　　　　　　　　　　　　mmkd34UNITED STATES MAGISTRATE JUDGE