IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>2001 VOLKSWAGEN BEETLE,<br>et al.,<br><br>                Defendants.<br>                                    / | CASE NO. CV F 07-0300 LJO WMW<br><br>**ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |

On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself from this action and requests this Court's clerk to reassign another district judge to this action. Upon reassignment, all papers shall bear the new case number with the new district judge's initials.

IT IS SO ORDERED.

**Dated:   May 29, 2007**           /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE