| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | STEPHANIE HAMILTON BORCHERS<br>Assistant United States Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:07-CV-0300-OWW-NEW (WMW) |
| Plaintiff, | ) | ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT |
| v. | ) | |
| 2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M47415, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and | ) | |
| APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024 | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to File First Amended Complaint (Docket No. 11) the Court grants the parties' request for leave for Plaintiff United States of America to file its First Amended Complaint.

For good cause shown, the Court adopts the parties' stipulation.

IT IS SO ORDERED.

1

**Dated:   June 13, 2007**                         /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE