McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:07-CV-00300-OWW-NEW (WMW) |
|---|---|
| Plaintiff, | *AMENDED* ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| 2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M47412, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and | |
| APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024, | |
| Defendants. | |

WHEREAS, an amended verified complaint of forfeiture has been filed on June 18, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant 2001 Volkswagen Beetle, VIN: 3VWCK21C91M47412, California License Plate Number: 5SBH743 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and the defendant approximately $9,323.36 in U.S. Currency seized from Bank of America Savings Account Number XXXXXX5024 (hereafter collectively referred to as "defendant assets") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

///

1    And, the Court being satisfied that, based on the Amended Verified Complaint for
2 Forfeiture *In Rem* and the amended affidavit of Drug Enforcement Administration Special Agent
3 David Stahl, there is probable cause to believe that the defendant assets so described above
4 constitute properties that are subject to forfeiture for such violation(s), and that grounds for
5 issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the
6 Supplemental Rules for Certain Admiralty and Maritime Claims;
7    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
8 District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.
9 Dated: 6/18/07

SANDRA M. SNYDER
United States Magistrate Judge