# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M427412, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and<br><br>APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024,<br><br>　　　　　Defendants. | 1:07-cv-0300 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE |

I.　Date of Scheduling Conference.

　　January 18, 2008.

II.　Appearances Of Counsel.

　　Stephanie Hamilton Borchers, Esq., Assistant U.S. Attorney, appeared on behalf of Plaintiff.

　　The claimant did not appear nor did his attorney, Percy Martinez.

　　The government is informed and believes that the claimant,

///

1

1 | **Carlos Moreno Pacheco, is at this time a fugitive.**
2 |
3 | IT IS SO ORDERED.
4 | **Dated:  January 22, 2008**                          /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE