McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M427412, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and <br><br> APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024, <br><br> Defendants. | 1:07-CV-00300-OWW-GSA <br><br> REQUEST TO CONTINUE DATE FOR GOVERNMENT'S RESPONSE TO COURT'S ORDER RE *EX PARTE* APPLICATION FOR DEFAULT AND ORDER THEREON <br><br> (First Request) |

Plaintiff, United States of America, by and through its undersigned attorney, respectfully requests an additional 45 days to respond to the Court's August 5, 2008, Order Re *Ex Parte* Application for Default in the above-captioned case. The United States further requests that the hearing on said Application for Default currently scheduled for September 5, 2008, be continued 45 days to October 20, 2008, or as soon thereafter as said motion can be heard.

The United States has determined that, due to a miscommunication, the United States Marshal's Service inadvertantly failed to serve potential claimant Gustavo Solis with the second service package. A 45 day continuance will allow for service of potential claimant Gustavo Solis, the statutory response period to lapse and for the United States to meet all service requirements.

Dated: Aug. 19, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

ORDER

For good cause, IT IS HEREBY ORDERED that the September 5, 2008, hearing date is vacated and continued an additional 45 days.

The hearing is RESCHEDULED for October 24, 2008, at 9:30 a.m. in Courtroom 10 before the undersigned.

**IT IS SO ORDERED.**

Dated: August 20, 2008

/s/Gary S. Austin
GARY S. AUSTIN
United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com