McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Fax: (559) 497-4099

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M427412, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and <br><br> APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024, <br><br> Defendants. | 1:07-CV-00300-OWW-GSA <br><br> **REQUEST TO CONTINUE DATE FOR HEARING ON *EX PARTE* APPLICATION FOR DEFAULT AND ORDER THEREON** <br><br> (Second Request) |

Plaintiff, United States of America, by and through its undersigned attorney, respectfully requests a 30 day continuance for the hearing on the *Ex Parte* Application For Default in the above-captioned case currently scheduled for October 31, 2008.

As set forth in the accompanying declaration of Stephanie Hamilton Botchers, Plaintiff is requesting an extension due to pressing business, conflicts in other cases and additional time necessary

to allow the statutory response period to lapse with regards to Gustavo Solis as the government served an additional address for Solis on October 6, 2008.  This is the second request for an extension.

Dated: Oct. 17, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

ORDER

For good cause, IT IS HEREBY ORDERED that the October 31, 2008, hearing date is vacated and continued an additional 30 days.

   The hearing is rescheduled to December 5, 2008 at 9:30 a.m. in Courtroom 10 (GSA) before the undersigned.

IT IS SO ORDERED.

Dated:   **October 17, 2008**              /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE