# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07cv0300 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING UNITED STATES TO LODGE PROPOSED ORDER AND JUDGMENT WITHIN FIVE DAYS |
| v. | ) | |
| 2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M427412, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and | ) | (Document 52) |
| APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024 | ) | |
| Defendants. | ) | |

Plaintiff United States of America filed this action for forfeiture in rem on February 23, 2007. On December 5, 2008, the Magistrate Judge issued Findings and Recommendations granting the Plaintiff's motion to strike the answer of claimant Carlos Moreno Pacheco, and granting Plaintiff's default judgment against Carlos Moreno Pacheco and Gustavo Solis. The court also recommended that final forfeiture judgment be entered to vest in Plaintiff United States of America all right, title and interest in the defendant vehicle and defendant funds. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen court (15) days. No party has filed objections.

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a |
| 2 | *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the |
| 3 | Findings and Recommendations are supported by the record and proper analysis. |
| 4 | Accordingly, IT IS HEREBY ORDERED that: |
| 5 | 1. The Findings and Recommendations dated December 5, 2008, is ADOPTED IN |
| 6 | FULL; and |
| 7 | 2. Plaintiff United States of America is ordered to submit a proposed default and |
| 8 | final forfeiture judgment within five days of service of this order, pursuant to the |
| 9 | Findings and Recommendations dated December 5, 2008. |
| 13 | IT IS SO ORDERED. |
| 14 | **Dated:   March 16, 2009**            /s/ Oliver W. Wanger   <br> UNITED STATES DISTRICT JUDGE |