| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
| | Acting United States Attorney |
| 2 | STEPHANIE HAMILTON BORCHERS |
| | Assistant United States Attorney |
| 3 | United States Courthouse |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CV-0300-OWW-GSA |
| | ) | |
| Plaintiff, | ) | **DEFAULT JUDGMENT AND FINAL** |
| | ) | **JUDGMENT OF FORFEITURE** |
| v. | ) | |
| | ) | |
| 2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21C91M427412, CALIFORNIA LICENSE PLATE NUMBER: 5SBH743, and, | ) ) ) ) | |
| APPROXIMATELY $9,323.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER XXXXXX5024, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff United States' Motion to Strike Claimant Carlos Moreno Pacheco's Answer and *Ex Parte* Motion for Default Judgment filed June 17, 2008. The Magistrate Judge has recommended that the United States' motion to strike the answer of Claimant Carlos Moreno Pacheco and motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on March 18, 2009. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Motion to Strike Claimant Carlos Moreno Pacheco's Answer

and *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Court adopts the Magistrate Judge's December 5, 2008 Findings and Recommendations in full.

2. Carlos Moreno Pacheco and Gustavo Solis are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2001 Volkswagen Beetle, VIN: 3VWCK21C91M427412, California License Plate Number: 5SBH743 (hereafter "defendant vehicle") and defendant approximately $9,323.36 in U.S. Currency seized from Bank of America Savings Account Number XXXXXX5024 (hereafter "defendant funds"), and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant vehicle and defendant funds to the United States of America, to be disposed of according to law, including all right, title, and interest of Carlos Moreno Pacheco and Gustavo Solis.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   March 20, 2009**                   **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE